UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 05CR7033-01-PCL |
| ) | **AMENDED** |
| v.   ) | JUDGMENT AND COMMITMENT |
| ) | (For Revocation of Probation or |
| PRISCILLA ZAMORA   ) | Supervised Release) |
| ) | |
| ) | Defendant's Attorney: Diane Regan |

REGISTRATION NO. 64302208

THE DEFENDANT:

__x__ admitted guilt to violation of allegations(s) No. 1, 2, 3 and 4

___ was found in violation of allegations(s) No. _____

Accordingly, the court has adjudicated that the defendant is guilty of the following allegations(s):

**ALLEGATION NO.**   **NATURE OF VIOLATION**
1. Committed a federal, state or local offense (nv1)
2. Failure to report as directed (nv7)
3. Failure to report change in residence/employment (nv11)
4. Failure to report law enforcement contact (nv16)

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of Time served.

__x__ SUPERVISED Release for a term of 6 months
on the following conditions:
__x__ obey all laws, Federal, State and Municipal
__x__ comply with all lawful rules and regulations of the probation department
__x__ not possess any narcotic drug or controlled substance without a lawful medical prescription
___ not transport, harbor or assist undocumented aliens
___ not reenter the United States illegally
___ not possess any firearm, destructive device or any other dangerous weapon
__x__ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
___ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.

   IT IS ORDERED that a certified copy of this judgment and commitment be delivered to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

May 17, 2007
Date of Imposition of Sentence

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE